ORIGINAL

FILED IN OPEN COURT
U.S.D.C. - Atlanta

AUG 1 1 2026

KEVIN P WEIMER, Clerk
By: [signature] Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

*v.*

MCCLIESS RENARD FAVORS

Criminal Indictment

No. 2:26CR- 45

THE GRAND JURY CHARGES THAT:

**Count One**

On or about May 6, 2026, in the Northern District of Georgia, the defendant, MCCLIESS RENARD FAVORS, knowing that he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, that is Possession with Intent to Distribute Methamphetamine, in the Superior Court of Athens-Clarke County, Georgia, on or about May 19, 2021, did knowingly possess a firearm, that is a Diamondback, model DB-15, 5.56mm pistol, said possession being in and affecting interstate and foreign commerce, in violation of Title 18, United States Code, Section 922(g)(1).

**Count Two**

On or about May 6, 2026, in the Northern District of Georgia, the defendant, MCCLIESS RENARD FAVORS, did knowingly and intentionally possess with intent to distribute a controlled substance, said act involving a mixture and substance containing a detectable amount of methamphetamine, a Schedule II

controlled substance, pursuant to Title 21, United States Code, Section 841(b)(1)(C), all in violation of Title 21, United States Code, Section 841(a)(1).

**Forfeiture Provision**

Upon conviction of the offense alleged in Count One of this Indictment, the defendant, MCCLIESS RENARD FAVORS, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any and all firearms and ammunition involved in the commission of the offense.

Upon conviction the offense alleged in Count Two of this Indictment, the defendant, MCCLIESS RENARD FAVORS, shall forfeit to the United States pursuant to Title 21, United States Code, Section 853, any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of said violations and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of said violation, including but not limited to, a sum of money in United States currency representing the amount of proceeds obtained as a result of the offense, or conspiracy to commit such offense, alleged in Count Two of this Indictment.

If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

a) cannot be located upon the exercise of due diligence;

b) has been transferred or sold to, or deposited with, a third person;

c) has been placed beyond the jurisdiction of the Court;

d) has been substantially diminished in value; or

e) has been commingled with other property which cannot be subdivided without undue complexity or difficulty;

the United States intends, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of the defendant up to the value of the above forfeitable property.

A TRUE BILL

FOREPERSON

THEODORE S. HERTZBERG
*United States Attorney*

JENNIFER KEEN
*Assistant United States Attorney*
Georgia Bar No. 231778

600 U.S. Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303
404-581-6000; Fax: 404-581-6181